DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL W. HILL, Bar # 151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SAMUEL GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:08-cr-00251 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ORDER |
| SAMUEL GONZALEZ, | Date:  January 26, 2009 |
| Defendant. | Time:  9:00 A.M.<br>Dept :  Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for December 12, 2008, **may be continued to January 26, 2009, at 9:00 A.M.**

This continuance is requested by counsel for the defendant to allow additional time for on-going investigation by both parties and to allow the defense additional time to research the possibility that Mr. Gonzalez may have achieved acquired citizenship through his now deceased adoptive grandparents. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: December 9, 2008

/s/ Ian Garriques
IAN GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: December 9, 2008

/s/ Rachel W. Hill
RACHEL W. HILL
Assistant Federal Defender
Attorney for Defendant
SAMUEL GONZALEZ

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   December 10, 2008**          /s/ Anthony W. Ishii
                              CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status
Conference Hearing; [Proposed] Order          2