DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL W. HILL, Bar # 151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SAMUEL GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:08-cr-00251 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; |
| v. ) | ORDER |
| ) | |
| SAMUEL GONZALEZ, ) | Date: March 16, 2009 |
| ) | Time: 9:00 A.M. |
| Defendant. ) | Dept : Hon. Anthony W. Ishii |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for January 26, 2008, **may be continued to March 16, 2009, at 9:00 A.M.**

This continuance is requested by counsel for the defendant to allow additional time for on-going investigation by both parties. Additionally, counsel for defendant has determined that it is necessary and in the best interest of defendant to employ the services of an expert relative to assessment and research of the possibility that Mr. Gonzalez may have a claim of acquired citizenship achieved through his now deceased adoptive grandparents. Counsel needs sufficient time to employ the expert, and the expert will need sufficient time to determine the status of Mr. Gonzalez' possible claim of acquired citizenship before the hearing so that the parties will have the necessary information for determination of the issue prior to hearing . The requested continuance will conserve time and resources for all parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: January 21, 2009

/s/ Ian Garriques
IAN GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: January 21, 2009

/s/ Rachel W. Hill
RACHEL W. HILL
Assistant Federal Defender
Attorney for Defendant
SAMUEL GONZALEZ

# O R D E R

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   January 22, 2009**          /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE