| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | RACHEL W. HILL, Bar # 151522 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | SAMUEL GONZALEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:08-cr-00251 AWI |
|---|---|---|
| | ) | |
| Plaintiff, | ) | ***AMENDED*** STIPULATION TO CONTINUE |
| | ) | STATUS CONFERENCE HEARING; |
| v. | ) | ORDER |
| | ) | |
| SAMUEL GONZALEZ, | ) | Date: April 27, 2009 |
| | ) | Time: 9:00 A.M. |
| Defendant. | ) | Dept : Hon. Anthony W. Ishii |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for March 16, 2009, **may be continued to April 27, 2009 at 9:00 A.M.**

This continuance is requested by counsel for the defendant. Defendant needs time due to unavailability of defense counsel because of a scheduled surgery, as well as the need to engage in further plea negotiation for potential resolution. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                            McGREGOR W. SCOTT
                                            United States Attorney

DATED: March 12, 2009                      /s/ Ian L. Garriques
                                            IAN L. GARRIQUES
                                            Assistant United States Attorney
                                            Attorney for Plaintiff

                                            DANIEL J. BRODERICK
                                            Federal Defender

DATED: March 12, 2009                      /s/ Rachel W. Hill
                                            RACHEL W. HILL
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            Samuel Gonzalez

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:  March 12, 2009**                  **/s/ Anthony W. Ishii**
                                                    CHIEF UNITED STATES DISTRICT JUDGE